**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re Ronald Mole, <br><br>             Debtor | Case No. 12-10218 <br><br> Chapter 13 |

## ORDER GRANTING IN PART FIRST AND FINAL FEE APPLICATION
## OF JEFFREY P. WHITE, ESQ.

Jeffrey P. White, Esq., (the "Applicant") filed the First and Final Application for

Compensation of Legal Services [Dkt. No. 92] (the "Fee Application").  Notice of the

hearing to consider the Fee Application was provided in accordance with the applicable

provisions of the United States Bankruptcy Code, the Federal Rules of Bankruptcy

Procedure, and this Court's Local Rules.  In the absence of timely objections or other

responses to the Fee Application, the Court has reviewed the Fee Application and the

docket in this chapter 13 case.

The Fee Application is granted in part on the terms set forth in this order.  Under

11 U.S.C. § 330(a)(2) and based in part on the factors set forth in 11 U.S.C. § 330(a)(3),

the Court awards compensation of $12,500 for services that the Applicant rendered

between January 16, 2012 and April 15, 2017; this award is less than the $15,715.50 that

the Applicant requested for his services during this period.  Although the Applicant's

time sheet and the docket in this case show some measure of inefficiency, inaccurate

billing, and billing for non-compensable tasks,[1] this reduced fee award is ultimately

---

[1]  For example, a comparison of the Applicant's time records and the docket in this case shows that (i)
the Applicant was required to amend the Motion to Allow and Disallow Claims because that motion was

predicated on the overall reasonableness of the fees for the work performed and the

result obtained.

The Applicant is therefore awarded $12,500.00 as reasonable compensation for

actual, necessary services rendered between January 16, 2012 and April 15, 2017, and

$694.00 as reimbursement for actual, necessary expenses, for a total award of

$13,194.00.  This award is made under 11 U.S.C. § 330(a)(4)(B).

Date: May 17, 2017

_____

Michael A. Fagone
United States Bankruptcy Judge
District of Maine

---

inconsistent and failed to properly account for the claims on the register; and (ii) the Applicant billed 0.9 hours on May 15, 2014 for drafting a one-page Objection to the IRS' Motion to Dismiss; (iii) the Applicant spent an inordinate amount of time reviewing his file and working on the debtors' request for discharge at the end of the case; and (iv) the Applicant billed 1.4 hours (or $420) for drafting the two-page Fee Application and the associated form of order and notice of hearing.  The Applicant also billed 2 hours (or $560) on August 15, 2014 for an itemized list of tasks that add up to only 1.2 hours.  The time records additionally show that the Applicant's paralegal billed for non-compensable secretarial tasks such as calendaring dates and filing documents with the Court.